| STATE OF LOUISIANA | * | NO. 2020-KA-0450 |
| VERSUS | * | COURT OF APPEAL |
| KENDALL BARNES DERRICK GROVES | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*SCJ*

**JENKINS, J., CONCURS WITH REASONS**

I respectfully concur with the majority opinion. I agree, for the reasons stated by the majority, with the affirmation of Defendant Barnes' convictions and sentences for possession of a firearm by a convicted felon and with the remand for the imposition of the mandatory fines. In addition, I agree that the non-unanimous convictions of both defendants for second degree murder and attempted second degree murder must be vacated and remanded pursuant to *Ramos v. Louisiana*, 590 U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020). But, in consideration that the non-unanimous verdicts are unconstitutional and those convictions must be vacated and remanded for a new trial, I find any discussion of the sufficiency of evidence to sustain the convictions is rendered moot and should not be addressed by this Court's opinion.